No. 74–6022. CLARK v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 74–6032. BATTLES v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 74–6033. SULLIVAN v. WEINBERGER, SECRETARY OF HEALTH, EDUCATION, AND WELFARE. C. A. 5th Cir. Certiorari denied.

No. 74–6036. CREW v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 74–6037. MEDINA ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 74–6041. BARNHILL v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 74–6044. ISAAC, AKA PITTS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 74–6048. MARTIN ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 74–6050. RUFF v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 74–6052. PIGMAN v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 74–6062. PARKER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 74–6075. CANSECO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.